UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHL JONATHAN KENNEDY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-04280-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF** |

In July 2019, Plaintiff, who is representing himself, filed this civil rights lawsuit alleging that Contra Costa County and various individual defendants violated his due process rights. Over the course of the litigation, Plaintiff has appeared telephonically at case management conferences and a settlement conference before Magistrate Judge Hixson. (Dkt. Nos. 25, 31, 34, 46.) However, on August 6, 2020, Plaintiff failed to appear at the scheduled Case Management Conference. (Dkt. No. 50.) Defense counsel advised the Court that Plaintiff had also failed to appear at his deposition three days earlier. The Court thus continued the Case Management Conference until August 20, 2020 and warned Plaintiff that if he failed to appear for the Zoom Video Webinar Case Management Conference that the Court would issue an order to show cause as to why the action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Dkt. No. 51.) On August 20, 2020, Plaintiff again failed to appear and he has not otherwise communicated with the Court.

As such, Plaintiff is ORDERED TO SHOW CAUSE as to (1) why this action should not be dismissed for failure to prosecute under Rule 41(b), and (2) why he should not be ordered to reimburse Defendants for the $324.79 in costs incurred as result of Plaintiff's non-appearance at his noticed deposition (Dkt. No. 52). **Plaintiff shall show cause in writing by September 11,**

1  **2020.  If Plaintiff fails to do so, this action may be dismissed for failure to prosecute.**

2  **IT IS SO ORDERED.**

3  Dated: August 20, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge