UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHL JONATHAN KENNEDY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>Defendants. | Case No. 19-cv-04280-JSC<br><br>**ORDER RE: DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 64 |

Now pending before the Court is a discovery dispute joint letter brief regarding Plaintiff's responses to Defendant's discovery requests. (Dkt. No. 64.) After considering the parties' submission, the Court concludes that oral argument is not necessary, *see* Civ. L.R. 7-1(b).

The Court denies Defendant's motion to request further discovery responses at this time. Defendant should proceed with Plaintiff's deposition. However, to the extent Plaintiff is withholding a lease from 2015 Plaintiff shall produce the lease prior to his deposition. While Plaintiff may believe it is not relevant to his residency in 2016, Defendant is entitled to discover evidence potentially relevant, and where Plaintiff resided in 2015 is potentially relevant.

This ruling is without prejudice to Defendant moving to compel specific documents or information if the deposition reveals that such relevant documents or information has been withheld.

This Order disposes of Docket No. 64.

//

//

//

//

**IT IS SO ORDERED.**

Dated: October 22, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge